**Opinion issued October 21, 2021**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-21-00112-CV

———————————

## IN THE INTEREST OF G.C.S., A CHILD

On Appeal from the 309th District Court
Harris County, Texas
Trial Court Case No. 2012-72748

## MEMORANDUM OPINION

Appellant, Obdulio Armando Salguero, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief). Appellant filed his notice of appeal on March 3, 2021. The clerk's record was filed on April 1, 2021, and the reporter's record was filed on May 3, 2021. As a result, appellant's brief was due on or before June 2, 2021. *See* TEX. R. APP. P. 38.6. However, no brief was filed.

On June 10, 2021, appellant was notified by the Clerk of this Court that his appeal was subject to dismissal if he did not file his brief or a motion to extend time to file a brief within ten days. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief), 42.3(b) (allowing involuntary dismissal of appeal for want of prosecution), 42.3(c) (allowing involuntary dismissal of case for failure to comply with order of this Court). Despite notice that this appeal was subject to dismissal, appellant has not adequately responded.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c); 43.2(f). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Farris.